# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 29, 2018

### NO. 03-18-00393-CV

**Libby Wilson and Mike Wilson, Individually and As Next Friends of N. W., a minor, Appellants**

**v.**

**Megan Hilton, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on May 18, 2018. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.